**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7455**

_____

UNITED STATES OF AMERICA,

     Plaintiff – Appellee,

  v.

ROBERT JAMES GRAVES,

     Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Danville. Norman K. Moon, Senior District Judge. (4:99-cr-70049-NKM-RSB-1)

_____

Submitted: February 26, 2016   Decided: March 16, 2016

_____

Before GREGORY and FLOYD, Circuit Judges, and DAVIS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert James Graves, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert James Graves appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. United States v. Graves, No. 4:99-cr-70049-NKM-RSB-1 (W.D. Va. Aug. 31, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED